THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLES ELLIS., <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY, *et al.*, <br><br> Defendants. | CASE NO. C20-1283-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the case management deadlines (Dkt. No. 18) and to correct the signature page (Dkt. No. 20). The parties indicate that they need additional time to complete discovery despite their best efforts. Finding good cause, the Court GRANTS the motion and AMENDS the case management deadlines as follows:

| DEADLINE | AMENDED DATES |
|---|---|
| **Discovery Deadline** | March 30, 2022 |
| **Mediation Deadline** | April 15, 2022 |
| **Dispositive Motions Deadline** | April 29, 2022 |
| **Pretrial Order Deadline** | July 22, 2022 |
| **Trial Briefs and Proposed Voir Dire/Jury Instructions Deadline** | July 22, 2022 |
| **Trial Date** | August 1, 2022 |

MINUTE ORDER
C20-1283-JCC
PAGE - 1

DATED this 23rd day of September 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski   </u>
Deputy Clerk