The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES ELLIS,<br><br>                                  Plaintiff,<br><br>         vs.<br><br>KING COUNTY, KING COUNTY ADULT CORRECTIONS, and KING COUNTY CORRECTION OFFICERS J. HEINSOHN, K. RAINWATER, J. REYES, R. CHRISTENSON, C. JOHNSON, J. GOLLIHUGH, JOHN DIAZ, OTHER EMPLOYEES AND OR OFFICIALS AND JANE AND JOHN DOE 1-30, as Employees and in their Individual Capacities,<br><br>                                  Defendants. | No. 20-cv-01283-JCC<br><br>PROPOSED ORDER EXTENDING THE DEADLINE FOR DISCOVERY AND THE COURT'S SCHEDULING ORDER<br><br>NOTE FOR MOTION: February 25, 2022 |

**ORDER**

This Matter comes before the Court on the Parties Stipulated Motion to extend the case management deadlines and Trial date.

The parties indicate that they need additional time to complete discovery, despite their best efforts.

Finding good cause, The Court Grants the Motion and Amends the Case Management Deadlines as follows:

ORDER EXTENDING THE DEADLINE FOR
DISCOVERY AND THE COURT'S SCHEDULING
ORDER - 1

**Law Offices of Oscar Desper**
1420 5th Avenue, Suite #2200
Seattle, WA 98010
Telephone: (206) 521-5977
Facsimile: (206) 224-2880
Website: oscardesperlaw.com

| Deadline | Amended dates |
|---|---|
| 1. Disclosure of Expert Testimony | April 30, 2022 |
| 2. Discovery Cutoff | May 30, 2022 |
| 3. Mediation Deadline | June 15, 2022 |
| 4. Dispositive Motion Deadline | June 29, 2022 |
| 5. Pretrial order deadline | September 22, 2022 |
| 6. Trial Brief, Jury Instructions / Proposed Voir Dire | September 22, 2022 |
| 7. Trial Date | October 3, 2022 |

Based upon the foregoing Stipulation between the Parties, it is hereby

ORDERED, ADJUDGED AND DECREED, that the Case Management Deadlines and the Trial Date are extended, to the new scheduled dates, listed above.

DATED this 25th day of February 2022.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING THE DEADLINE FOR DISCOVERY AND THE COURT'S SCHEDULING ORDER - 2

**Law Offices of Oscar Desper**
1420 5th Avenue, Suite #2200
Seattle, WA 98010
Telephone: (206) 521-5977
Facsimile: (206) 224-2880
Website: oscardesperlaw.com