THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES ELLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>KING COUNTY, *et al.*,<br><br>  Defendants. | CASE NO. C20-1283-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motions to dismiss all claims against Defendants John Diaz, J. Reyes, J. Gollihugh, K. Rainwater, C. Johnson, J. Heinsohn, and R. Christenson (Dkt. Nos. 27–33). The parties seek to dismiss the claims with prejudice and without costs or attorney fees. (*Id.*) Finding good cause, pursuant to Fed. R. Civ. P. 41(a)(2), it is so ORDERED.

DATED this 4th day of May 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-1283-JCC
PAGE - 1