The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES ELLIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KING COUNTY and KING COUNTY ADULT CORRECTIONS,<br><br>　　　　　　　　　　Defendants. | No. 20-cv-01283-JCC<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED between Plaintiff and Defendant King County, parties to the above-entitled action, that Plaintiff's case against King County should be dismissed with prejudice and without costs or attorney's fees.

STIPULATED AND AGREED TO this 2nd day of June, 2022.

　　　　　　　　　　　　　　　　　　　　Daniel T. Satterberg
　　　　　　　　　　　　　　　　　　　　King County Prosecuting Attorney

　/s/Oscar Desper　　　　　　　　　　　*s/ Carla B. Carlstrom*
Oscar E. Desper, III, WSBA #18012　　　Carla B. Carlstrom, WSBA #27521
Law Offices of Oscar Desper　　　　　　Senior Deputy Prosecuting Attorneys
Attorney for Plaintiff　　　　　　　　　Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, WA 98101
(206) 477-1120   Fax (206) 296-0191

# ORDER

THIS MATTER having come on regularly for hearing upon the foregoing Stipulation of the Parties hereto, and it appearing to the Court, after being fully advised, that the above-entitled case should be dismissed; now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice without costs or attorney's fees.

DATED this 2nd day of June 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Daniel T. Satterberg
King County Prosecuting Attorney

/s/Oscar Desper
Oscar E. Desper, III, WSBA #18012
Law Offices of Oscar Desper
Attorney for Plaintiff

*s/ Carla B. Carlstrom*
Carla B. Carlstrom, WSBA #27521
Senior Deputy Prosecuting Attorneys
Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL - 2